UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | : | COURT NO: 97-CR-145(02) DRD |
| vs. | : | COLLECTION OF MONEY |
| WALDEMAR PEREZ QUINTANA<br>Defendant | : | |
| _____ | : | |

MOTION REQUESTING ORDER FOR THE TRANSFER OF FUNDS

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, through the undersigned attorneys and respectfully sets forth as follows:

1. On March 1, 2002, the defendant Waldemar Perez Quintana, was sentenced to pay a Special Monetary Assessment in the amount of $300.00, and a Criminal Fine in the amount of $10,000.00.

2. Said Judgment and Commitment Order also stated, with reference to the SMA and the Criminal Fine, the following:

> "To be paid immediately. The Court orders that the money deposited at the U.S,. District Court, Clerk's Office be used to satisfy the imposed fine."

3. According to docket entry number 14, dated July 23, 1997, a Surety Bond was entered by defendant Waldemar Perez-Quintana in the amount of $75,000.00.

4. The Plaintiff requests that the surety money be transferred to pay the pending Special Money Assessment and Criminal Fine, pursuant to provisions of 28 U.S.C. § 2044,

U.S.A. v WALDEMAR PEREZ QUINTANA
Case No. 97-145-02 (DRD)
Page 2

which states:

> "On motion of the United States attorney, the court shall order any money belonging to and deposited by or on behalf of the defendant with the court for the purposes of a criminal appearance bail bond (trial or appeal) to be held and paid over to the United States attorney to be applied to the payment of any assessment, fine, restitution or penalty imposed upon the defendant"

Wherefore, plaintiff respectfully requests from this Honorable Court to issue an Order instructing the Clerk of the Court to transfer the amount of $300.00 to be credited towards the payment of the Special Monetary Assessment; and further, to transfer the amount of $10,000.00 to the Crime Victims Fund, to be credited as total payment of the Fine imposed against defendant Waldemar Perez Quintana, in view of all the above.

CERTIFICATE: I HEREBY CERTIFY that on this date I filed this motion via CM/ECF and copy sent on this same date, by regular mail, to Anita Hills Adame, Esq., P.O. Box 9023272, San Juan, PR 00902-3272; Carlos Vazquez Alvaraez, Esq., Federal Public Defender's Office, Patio Gallery Bldg., 241 Franklin D. Roosevelt Ave., Hato Rey, PR 00918-2441; Rafael Castro Lang, Esq., Castro &

U.S.A. v WALDEMAR PEREZ QUINTANA
Case No. 97-145-02 (DRD)
Page 3

Castro Law Office, P.O. Box 9023222, San Juan, PR 00902-3222.

    In San Juan, Puerto Rico, this 21st day of June, 2005.

                                          H. S. GARCIA
                                          UNITED STATES ATTORNEY


                                          S/REBECCA VARGAS-VERA
                                          Assistant U.S. Attorney
                                          USDC ID NO. 203307
                                          TORRE CHARDON-SUITE 1201
                                          350 CARLOS CHARDON AVENUE
                                          SAN JUAN, PR  00918
                                          Tel. (787)766-5656