IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>Vs.<br><br>**WALDEMAR PEREZ QUINTANA**<br><br>**Defendant** | **Crim. No. 97-145 (DRD)** |

## PARTIAL OPPOSITION TO MOTION REQUESTING ORDER FOR TRANSFER OF FUNDS

Herein appears defendant Waldemar Perez Quintana, through his undersigned attorney and most respectfully prays and requests:

1. On 6/21/05, the government filed a motion requesting that the Court order the $10,000.00 fine imposed be paid to the government from the surety bond deposited on behalf of defendant.

2. Defendant has no objection that the fine be paid from the bond fund. However he objects to the government's request that the entire bond amount be transferred to the government since said sum exceeds the amount owed as fine.

3. The Court should order that the remaining bond funds be returned to defendant Waldemar Perez Quintana.

**2**

**WHEREFORE** it is respectfully requested from this Hon. Court that it allow the government to be paid the $10,000.00 fine amount from the bond funds and that the Clerk be instructed to return the remaining amount to defendant.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Rebecca Vargas Vera.

In San Juan, Puerto Rico, this 28th day of June, 2005.

S/ *Rafael F. Castro Lang*
**RAFAEL F. CASTRO LANG**
**USDC-PR#128505**
Attorney for Defendant
P O Box 9023222
San Juan PR 00902-3222
787 - 723-3672 - 723-1809
Fax 787 - 725-4133
rafacastro@prtc.net