**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | COURT NO: 97-CR-145(02) DRD |
| Plaintiff | : | |
| | : | |
| vs. | : | COLLECTION OF MONEY |
| | : | |
| WALDEMAR PEREZ QUINTANA | : | |
| Defendant | : | |
| _____ | : | |

ORDER

Having this Court entertained plaintiff's motions requesting an order for the transfer of funds from the Surety Bond into the Crime Victim Fund, and the Defendant's Partial opposition, this Court hereby, pursuant to 28 U.S.C. Section 2044,

ORDERS, ADJUDGES, AND DECREES that the Clerk of the United States District Court for the District of Puerto Rico shall transfer from the Surety Bond into the Crime Victim Fund, the amount of $10,000 in furtherance of the satisfaction of the fine imposed in this case; and further, this Court

ORDERS, ADJUDGES AND DECREES that any money left on the Surety Bond, after having done said transfer, be returned to the defendant Waldemar Perez Quintana.

At San Juan, Puerto Rico, this ____day of _____, 2005.

_____
U.S. DISTRICT JUDGE