IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff**<br><br>**Vs.**<br><br>**WALDEMAR PEREZ QUINTANA**<br><br>**Defendant** | **Crim. No. 97-145 (DRD)** |

### MOTION REQUESTING INVESTIGATION OF PAYMENT OF FINE AND SPECIAL MONETARY ASSESSMENT TO AVOID DOUBLE PAYMENT

Herein appears defendant Waldemar Perez Quintana, through his undersigned attorney and most respectfully prays and requests:

1. The government has filed a motion claiming that defendant has not paid his $10,000.00 fine nor the special monetary assessment.

2. Defendant investigated at the institution about the status of said debt and was told by prison officials that their records demonstrate that said fine and special monetary assessment was paid some time ago from the seized unpaid vacation time which was owed to defendant by ASPRI and which this Court had ordered the government to recover said payment from that source which was being managed by Morazzini. If this is so the government is improperly trying to recover said amount twice.

3. In view of the above it is requested that the Court investigate what occurred with the ASPRI vacation money that was seized by the government which was supposed to have been utilized to pay the fine and special monetary assessment.

**WHEREFORE** it is respectfully requested from this Hon. Court order the investigation herein requested and paralyze all requests for payment made by the government until this matter is clarified.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Rebecca Vargas Vera.

In San Juan, Puerto Rico, this 7th day of July, 2005.

S/ *Rafael F. Castro Lang*
**RAFAEL F. CASTRO LANG**
**USDC-PR#128505**
Attorney for Defendant
P O Box 9023222
San Juan PR 00902-3222
787 - 723-3672 - 723-1809
Fax 787 - 725-4133
rafacastro@prtc.net