Exh. 1

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )
                             )
vs.                          )    CR. NO: 97-145(DRD)
                             )
FLOR DE MARIA CACHO BONILLA, )
and WALDEMAR PEREZ QUINTANA, )
                             )
           Defendants.       )
_____)

SENTENCE

BE IT REMEMBERED that the above entitled action came on for hearing before the HONORABLE DANIEL R. DOMINGUEZ, sitting at Hato Rey, Puerto Rico, on the 1st day of March, 2002.

All parties and their counsel present as before.

ARTHUR G. PINEDA, OCR
Federal Building, Rm. G-40
150 Chardon Avenue
Hato Rey, Puerto Rico 00918
(787)766-4319



87

hundred and twenty-five thousand dollars from CECSI's account, and knows that there is a also an embargo of sixty thousand dollars running in the civil account.

Therefore, the Court will not impose any additional restitution as to income or forfeited property, and it's deem sufficient that the amount that they have already recovered from this case, the cash from CESCI -- so it's quite clear -- the amount that they have estimated they will recover the property seized, the real estate, the property that has already been seized from CESCI, a hundred twenty-five thousand plus the sixty thousand dollars in the civil case, and that is still an ongoing affair. The Court deems that, that is sufficient taking into consideration your financial condition and the sentence imposed.

Having considered the defendant's financial condition a fine in the amount of ten thousand dollars is to be paid and that can be paid from the amount that has been seized that has been deposited by ASPRI in this case. ASPRI having deposited in this case the amount of seventeen thousand a hundred and fifty-nine forty-five, which was for your unused sick leave and unused vacation.

Upon release from confinement the defendant shall be placed on supervised release for a term of three years as to all counts to be served concurrently with each other and under following the term and conditions: Defendant shall not commit


