IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>[1] WALDEMAR PEREZ QUINTANA<br><br>Defendant | CRIM: NO. 97-145 (DRD) |

## ORDER

Appearing from the record that the funds deposited by ASPRI exceed the fine imposed by the Court to Waldemar Perez Quintana at the sentencing hearing held on March 1, 2002, it is therefore;

ORDERED, ADJUDGED, AND DECREED that:

The Clerk of the Court is ordered to make all arrangements for the collection, and shall collect directly from the deposited funds of defendant Perez Quintana, the amount of nine thousand seven hundred and thirty dollars ($9,730.00), that is the fine imposed by the Court, less the amount of $270.00 already paid by Waldemar Perez Quintana. The remaining amount of money in excess shall be returned to Waldemar Perez Quintana with a disbursement of seven thousand four hundred twenty-nine dollars, and forty-five cents ($7429.45) plus interests, less registration fees, all payable directly to Waldemar Perez Quintana.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4th day of August 2005.

S/ ***DANIEL R. DOMINGUEZ***
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE