IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>Vs.<br><br>WALDEMAR PEREZ QUINTANA<br><br>Defendant | Crim. No. 97-145 (DRD) |

## MOTION REQUESTING EARLY RELEASE OF DEFENDANT FROM SUPERVISED RELEASE PURSUANT TO 18 USC 3583(e)(1)

Herein appears defendant Waldemar Perez Quintana through his undersigned attorney and most respectfully prays and requests:

1- Defendant has been under supervised since 9/6/2005 after being placed on 3 years supervised release. He has approximately 4 months left of supervision.

2- Defendant has always complied with his conditions of supervised release and his behavior has been exemplary.

3- Pursuant to 18 USC 3583 (e)(1) this Court has the authority to terminate a term of supervised release and discharge the person after the expiration of one year. Defendant has already served in excess of said term.

**WHEREFORE** it is respectfully requested from this Hon. Court that after

2

making the appropriate inquiry with the probation officer it release defendant from supervised release as authorized by 18 USC 3583(e)(1).

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties involved.

**RESPECFULLY SUBMITTED.**

San Juan, Puerto Rico, this 12th day of May, 2008.

S/ *Rafael F. Castro Lang*
**RAFAEL F. CASTRO LANG**
**USDC-PR-128505**
Attorney for Defendant
P O Box 9023222
San Juan  PR 00902-3222
(787) 723-3672 - 723-1809
Fax (787) 725-4133
castrolang@centennialpr.net